# United States Court of Appeals
## For the First Circuit

No. 24-1430

MALACHI WOODIWISS; TYLER BENNETT; ERIC PATTON; AIMEN HALIM; ASHIA JONES,

Plaintiffs - Appellants,

v.

BERKSHIRE BLANKET & HOME COMPANY, INC.,

Defendant - Appellee.

_____

**JUDGMENT**

Entered: August 6, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Patrick J. Sheehan
Brian C. Gudmundson
Rachel Kristine Tack
Benjamin Cooper
Christopher Duran Jennings
Kim M. Watterson
Edward B. Schwartz
Ian M. Turetsky
John Feldman
John Patrick Kennedy